IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN TIM MATHIS,<br><br>Defendant. | CR 06-16-BLG-SPW-8<br><br><br>ORDER |
|---|---|

Upon the Defendant's Unopposed Motion to Enlarge Time to File Reply to United States' Response (Doc. 916), and for good cause shown,

IT IS HEREBY ORDERED that the Defendant's Motion is **GRANTED**. The Defendant shall file his reply on or before **Friday, November 6, 2020.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 30th day of October, 2020.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1