IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN TIM MATHIS,<br><br>Defendant. | Cause No. CR 06-16-BLG-SPW<br><br><br>ORDER |

Defendant Mathis moves the Court for compassionate release under 18 U.S.C. § 3582(c)(1)(A) in light of the COVID-19 outbreak. After initially stating it would oppose the motion, *see* Mot. (Doc. 909) at 2, the United States conceded that Mathis meets the criteria for release, *see* Resp. (Doc. 914) at 1–2. Mathis has been accepted for release to the Northern District of Georgia. *See* Letter (Doc. 919-1) at 1.

On January 4, 2021, the United States was ordered to ensure that Mathis "receives a COVID test" within seven days and to advise the Court if Mathis becomes ill or tests positive at any time prior to his release. *See* Order (Doc. 921) at 1–2. On January 11, 2021, the United States informed the Court that Mathis tested negative for COVID-19 on December 29, 2020 (Doc. 922). The United

1

States has not reported that Mathis has become ill since his test. The Court concludes that the United States believes Mathis has not contracted the virus since December 29 and can be released without endangering the public. *See* U.S.S.G. § 1B1.13(2) (Nov. 1, 2018).

Accordingly, IT IS ORDERED:

1. Mathis's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) (Doc. 909) is GRANTED.

2. As of the date of this Order, Mathis's sentence is REDUCED to time served.

3. Mathis shall be released forthwith to begin his term of supervised release.

DATED this 12th day of January, 2021.

*Susan P. Watters*
Susan P. Watters
United States District Court